IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY HIGBEE,

     Petitioner,          No. CIV S-08-2345 DAD P

   vs.

R. CAMPBELL, Warden,

     Respondent.        ORDER

_____/

     Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

     In accordance with the above, IT IS HEREBY ORDERED that:

     1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation for dismissal of this action; and

/////

1

1    2.  The Clerk of the Court is directed to send petitioner a copy of the in forma
2 pauperis form used by this district.
3  DATED: October 10, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:ak
higb2345.101a